IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:11CR390 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GEORGE HENRY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of First Assistant Federal Public Defender Shannon P. O'Connor and the Office of the Federal Public Defender to withdraw as counsel for the defendant, George Henry (Henry) (Filing No. 21). Mr. O'Connor represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Mr. O'Connor's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 21) is granted.

David F. Eaton, 4913 Underwood Ave., Omaha, NE 68132, (402) 346-1490, is appointed to represent Henry for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. O'Connor shall forthwith provide Mr. Eaton with the discovery materials provided the defendant by the government and such other materials obtained by Mr. O'Connor which are material to Henry's defense.

The clerk shall provide a copy of this order to Mr. Eaton, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 20th day of January, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge